UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Steven Klepinger, | No. 4:15-cv-00276-JAS |
| --- | --- |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| Life Insurance Company of North America; TMC Healthcare; TMC Healthcare Disability Plan, | |
| Defendants. | |

Pursuant to the stipulation (Doc. 25) and agreement of the parties, and good cause appearing, IT IS HEREBY ORDERED dismissing Plaintiff Steven Klepinger's claims against Defendants Life Insurance Company of North America, TMC Healthcare, and TMC Healthcare Disability Plan with prejudice, each party to bear its own attorneys' fees and costs.  **The Clerk of the Court shall enter judgment and close the file in this case**.

Dated this 22nd day of September, 2016.

Honorable James A. Soto
United States District Judge

2010755522_1